# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH SCOTT REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:16-cv-193-NT |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On May 3, 2016, the United States Magistrate Judge filed with the court, with a copy to the Plaintiff, his Recommended Decision After Screening Complaint Pursuant to 28 U.S.C. §§ 1915€ and 1915A. The time within which to file an objection has expired, and no objection has been filed. The Magistrate Judge notified the Plaintiff that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The action is hereby **DISMISSED**.

**SO ORDERED**.

/s/ Nancy Torresen
United States District Judge

Dated this 6th day of June, 2016.